JOHN McCLAVE, Respondent, v. JOHN GIBB, Appellant.

APPEAL by defendant from judgment directed at Equity Term.

*Wm. B. Ellison,* for appellant.

*Parsons, Shepard & Ogden,* for respondent.

*Per Curiam.* The findings of fact and conclusions of law find support in the record, which discloses no error requiring a new trial.

The judgment must, therefore, be affirmed, with costs.

Present: FREEDMAN and McADAM, JJ.

Judgment affirmed, with costs.

---

ELIZABETH BURKHARDT, Respondent, v. THE NEW YORK ELEVATED RAILROAD Co. et al., Appellants.

APPEAL by defendants from a judgment entered upon a decision of the issues at the Equity Term.

*Julien T. Davies* and *Geo. T. Aldrich,* for appellants.

*E. W. Tyler* and *Edward A. Hibbard,* for respondent.

*Per Curiam.* The judgment should be affirmed, with costs.

Present: FREEDMAN and McADAM, JJ.

Judgment affirmed, with costs.